**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GLAZIERS, ARCHITECTURAL METAL <br> AND GLASS WORKERS LOCAL <br> UNION NO. 27 WELFARE AND <br> PENSION FUNDS, <br> <br>              Plaintiffs, <br> <br>       v. <br> <br> INNOVATIVE METAL SOLUTIONS, LLC, <br> a Michigan limited liability company, <br> <br>              Defendant. | ) <br> ) <br> ) <br> ) No. 12 CV 4545 <br> ) <br> ) Judge Castillo <br> ) <br> ) Magistrate Judge Cole <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, by their attorneys, DONALD D. SCHWARTZ, ANDREW S. PIGOTT and ARNOLD AND KADJAN, and in their Motion for Judgment in Sum Certain, state as follows:

    1.     Plaintiffs filed their Complaint against Defendant on June 12, 2012 based on ERISA fringe benefit contribution audit findings in excess of $500,000.00.

    2.     Subsequent to the filing of the Complaint, Defendant challenged the audit findings.

    3.     Plaintiffs accepted Defendant's challenges.

    4.     According to the affidavit of Richard J. Wolf, Plaintiffs' auditor, Defendant presently owes the Plaintiffs $1,175.30 in delinquent contributions, liquidated damages, prior late payment assessments and discrepancies, and audit costs. See Ex. A.

    5.     Per the affidavit of Plaintiffs' counsel, Andrew S. Pigott, Plaintiffs have incurred $5,400.00 in the prosecution of this action so far. See Ex. B.

6. On August 13, 2012, the Court *sua sponte* entered a default against Defendant.

7. Defendant has still failed to appear and defend in this litigation.

WHEREFORE, Plaintiffs ask this Court to enter the order attached to this Motion as Exhibit C.

Respectfully submitted,

**TRUSTEES OF THE GLAZIERS, ARCHIECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS**

By: s/Andrew S. Pigott
     One of their Attorneys

Donald D. Schwartz
Andrew S. Pigott
**ARNOLD AND KADJAN**
203 North LaSalle Street, Suite 1650
Chicago, Illinois 60601
(312) 236-0415